IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 1 9 2006

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

| | |
|---|---|
| DONELL J. BLOUNT, SR.,      ) | |
|     Plaintiff,      ) | Civil Action No. 7:05CV00556 |
| ) | |
| v.      ) | **ORDER** |
| ) | |
| GENE M. JOHNSON, et al.,      ) | By: Hon. Glen E. Conrad |
|     Defendants.      ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is now

**ORDERED**

as follows:

1. The plaintiff's motion for default judgment shall be and hereby is **DENIED**; and

2. The medical defendants' motion to amend their motion for summary judgment shall be and hereby is **GRANTED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 18th day of July, 2006.

*/s/ Glen E. Conrad*
United States District Judge