CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 21 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONELL J. BLOUNT, SR., <br> Plaintiff, | ) <br> ) Civil Action No. 7:05CV00556 <br> ) |
| v. | ) **ORDER** <br> ) |
| DR. WILLIAMS, et al., <br> Defendants. | ) By: Hon. Glen E. Conrad <br> ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the plaintiff's motion for a preliminary injunction (docket #78) shall be and hereby is

**DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 20th day of February, 2007.

*/s/ Glen E. Conrad*
United States District Judge