CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED
for R'noke
MAR 2 6 2007
JOHN F CORCORAN, CLERK
BY: K Dotson
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DONELL J. BLOUNT, SR., <br> Plaintiff, | Civil Action No. 7:05CV00556 |
| v. | **FINAL ORDER** |
| DR. WILLIAMS, et al., <br> Defendants. | By: Hon. Glen E. Conrad <br> United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The defendants' motions for summary judgment shall be and hereby are **GRANTED**;

2. The plaintiff's motion to supplement and dismiss defendants shall be and hereby is **GRANTED**;

3. The new claims raised in the plaintiff's motion shall be and hereby are **DISMISSED**, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted; and

4. This action shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 23rd day of March, 2007.

_____
United States District Judge